Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Plaridel Gutierrez Tiamzon, et al. <br><br> Defendant. | CASE NO. CV 08-0318 WDK-FMO <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PLARIDEL GUTIERREZ TIAMZON, individually and d/b/a LARK ENTERPRISES |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant PLARIDEL GUTIERREZ TIAMZON, individually and d/b/a Lark Enterprises, that the above-entitled action is hereby dismissed **without prejudice** against PLARIDEL GUTIERREZ TIAMZON, individually and d/b/a Lark Enterprises and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 1, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

STIPULATION OF DISMISSAL
CV 08-0318 WDK-FMO
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.
3
4
5
6
7  Dated: June 9, 2008
   _____
8  LAW OFFICES OF THOMAS P. RILEY, P.C.
   By: Thomas P. Riley
9  Attorneys for Plaintiff
   J & J SPORTS PRODUCTIONS, INC.
10
11
12
13 Dated: 6/24/08
   _____
14 MICHELE LYN GIBSON, ATTORNEY AT LAW
   By: Michele Lyn Gibson
15 Attorneys for Defendant
16 PLARIDEL GUTIERREZ TIAMZON,
17 individually and d/b/a Lark Enterprises
18
19
20
21 IT IS SO ORDERED:
22
23
24
25                                                    Dated:_____
26 _____
   The Honorable William D. Keller
27 United States District Court
28 Central District of California

STIPULATION OF DISMISSAL
CV 08-0318 WDK-FMO

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 9, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PLARIDEL GUTIERREZ TIAMZON, individually and d/b/a LARK ENTERPRISES**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Michele Lyn Gibson                     Attorneys for Defendant
MICHELE LYN GIBSON, ATTORNEY AT LAW
21860 Burbank Blvd., Suite 380
Woodland Hills, CA 91637

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 9, 2008, at South Pasadena, California.

Dated: June 9, 2008

*Michelle Ferreira*
Michelle Ferreira